# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133565

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DANIEL ANTONIO PACHECO,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133565
COA: 265318
Genesee CC: 88-039081-FC

On order of the Court, the application for leave to appeal the December 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

s0723

Clerk